**Order entered December 1, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00443-CV

### COURTNEY RENEE SILVA, Appellant

### V.

### MILAGROZ DIAZ (NOW MIMI WEBB), Appellee

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-17-05855-D**

### ORDER

Before the Court is appellee's November 24, 2020 first unopposed motion for an extension of time to file her brief. We **GRANT** the motion and **ORDER** appellee's brief be filed no later than January 11, 2021.

/s/    BILL WHITEHILL
           JUSTICE